# **EXHIBIT 1**

**Stipulation**

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., et al.<br><br>       Debtors.¹ | Chapter 11<br><br>Case No. 23-11131 (TMH)<br><br>(Jointly Administered) |
| LAVVAN, INC.<br><br>       Plaintiff.<br><br>  v.<br><br>FORIS VENTURES, LLC<br><br>       Defendant. | Adversary No. 23-50751 (TMH) |

**STIPULATION REGARDING PRETRIAL CONFERENCE AND
<u>BRIEFING ON MOTION TO DISMISS</u>**

Plaintiff Lavvan, Inc. ("<u>Plaintiff</u>") and defendant Foris Ventures, LLC ("<u>Defendant</u>" and, together with Plaintiff, the "<u>Parties</u>"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on October 25, 2023, Plaintiff filed the *Challenge-Period Adversary Complaint to Challenge Enforceability, Priority, and Extent of Security Interests and Liens, and for Other Relief* [Adv. D.I. 1] (the "<u>Complaint</u>"), initiating the above-captioned adversary proceeding; and

---

¹ A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/amyris. The location of Debtor Amyris Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

WHEREAS, on October 26, 2023, Plaintiff served the Complaint on Defendant and the Court issued the *Summons and Notice of Pretrial Conference in an Adversary Proceeding* [Adv. D.I. 3]; and

WHEREAS, on November 27, 2023, Plaintiff filed the *Motion to Dismiss Challenge-Period Adversary Complaint* [Adv. D.I. 7] (the "Motion to Dismiss") accompanied by an opening brief in support thereof [Adv. D.I. 8]; and

WHEREAS, pursuant to Rule 7007-1(a)(ii) of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), Plaintiff's deadline to file an answering brief in response to the Motion to Dismiss (the "Answering Deadline") is December 11, 2023; and

WHEREAS, pursuant to Local Rule 7007-1(a)(iii), Defendant's deadline to file a reply brief in support of the Motion to Dismiss (the "Reply Deadline") is no later than 7 days following the service and filing of Plaintiff's answering brief; and

WHEREAS the Parties have conferred and agree, subject to Court approval, that the Pretrial Conference should be adjourned to a date following the Court's ruling on the Motion to Dismiss and that the Answering Deadline and Reply Deadline should be extended.

**NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES, SUBJECT TO COURT APPROVAL, THAT:**

1. The Pretrial Conference shall be adjourned to a date following the Court's ruling on the Motion to Dismiss.

2. Plaintiff's Answering Deadline is extended through and including December 18, 2023.

3. Defendant's Reply Deadline is extended through and including December 29, 2023.

Dated: December 4, 2023

| | |
|---|---|
| /s/ Russell C. Silberglied | /s/ Kenneth A. Listwak |
| RICHARDS, LAYTON & FINGER, P.A. | David M. Fournier (DE No. 2812) |
| Mark D. Collins (No. 2981) | Kenneth A. Listwak (DE No. 6300) |
| Russell C. Silberglied (No. 3462) | **TROUTMAN PEPPER HAMILTON SANDERS LLP** |
| Emily R. Mathews (No. 6866) | Hercules Plaza, Suite 5100 |
| One Rodney Square | 1313 N. Market Street |
| 920 North King Street | P.O. Box 1709 |
| Wilmington, Delaware 19801 | Wilmington, DE 19899-1709 |
| 302 651 7700 | Telephone: (302) 777-6500 |
| | Facsimile: (302) 421-8390 |
| | E-mail: david.fournier@troutman.com |
| | ken.listwak@troutman.com |
| CYRULNIK FATTARUSO LLP | |
| Jason Cyrulnik | -and- |
| Paul Fattaruso | |
| 55 Broadway, Third Floor | Michael H. Goldstein (admitted *pro hac vice*) |
| New York, New York 10006 | Alexander J. Nicas (admitted *pro hac vice*) |
| 646 844 2466 | Debora A. Hoehne (admitted *pro hac vice*) |
| | Meghan K. Spillane (admitted *pro hac vice*) |
| | James Lathrop (DE No. 6492) |
| *Counsel for Plaintiff, Lavvan, Inc.* | Melissa Brumer (admitted *pro hac vice*) |
| | Artem Skorostensky (admitted *pro hac vice*) |
| | **GOODWIN PROCTER LLP** |
| | The New York Times Building |
| | 620 Eighth Avenue |
| | New York, NY 10018 |
| | Telephone: (212) 813-8800 |
| | Email: mgoldstein@goodwinlaw.com |
| | anicas@goodwinlaw.com |
| | dhoehne@goodwinlaw.com |
| | mspillane@goodwinlaw.com |
| | MBrumer@goodwinlaw.com |
| | jlathrop@goodwinlaw.com |
| | askorostensky@goodwinlaw.com |
| | |
| | *Counsel to Defendant Foris Ventures, LLC* |